

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER REINSTATING ORIGINAL PROCEEDINGS AND GRANTING TEMPORARY STAY

Appellate case name:       In re The State of Texas Ex Rel. Brian W. Wice

Appellate case numbers:   01-20-00477-CR; 01-20-00478-CR; 01-20-00479-CR

Trial court case numbers: 1555100, 1555101, 1555102

Trial court:                        185th District Court of Harris County

On June 30, 2020, relator Brian W. Wice filed a petition for writ of mandamus: (1) challenging a June 25, 2020 order signed by the Honorable Robert Johnson, Presiding Judge of the 177th District Court of Harris County, vacating a change of venue order in the underlying cases and returning venue of the cases to Collin County; and (2) compelling rulings on certain motions.

On July 7, 2002, our Court issued an order staying enforcement of Judge Johnson's June 25, 2020 order until the mandamus petition is finally decided. Relator subsequently informed this Court that: (1) Judge Johnson voluntarily recused himself from the underlying cases on July 6, 2020; and (2) the cases were reassigned on July 15, 2020, to the Honorable Jason Luong of the 185th District Court. On July 27, 2020, our Court abated these original proceedings to allow Judge Luong to reconsider the challenged order returning venue of the cases to Collin County and, if appropriate, to consider the pending motions.

On October 23, 2020, Judge Luong issued an "Order of Reconsideration of Prior Order Vacating Order of Transfer to Harris County" finding that: (1) he lacks jurisdiction to review the challenged order or any pending motions in the cases because his plenary jurisdiction expired; and (2) alternatively, if it is determined that he does have jurisdiction to review the order, then he similarly finds that the order transferring the cases to Harris County should be vacated and the cases returned to Collin County.

Relator has filed a motion to stay enforcement of Judge Luong's October 23, 2020 order and subsequently filed a Supplement to His Petition for Mandamus on Reinstatement After Abatement. Real party in interest has filed a motion reasserting his response to the original mandamus petition.

We lift the abatement and REINSTATE these original proceedings on the Court's active docket. Relator's motion to stay enforcement of Judge Luong's October 23, 2020 order is GRANTED. Our stay of the June 25, 2020 order returning venue to Collin County similarly remains in effect. Accordingly, enforcement of these orders is ordered stayed until the mandamus petition in this Court is finally decided or the Court otherwise orders the stay lifted. *See* TEX. R.

APP. P. 52.10(b). Any party may file a motion for reconsideration of the stay. *See* TEX. R. APP. P. 52.10(c).

It is so ORDERED.

Judge's signature: _____/s/ Gordon Goodman_____
                                                    Acting Individually

Date: ___October 29, 2020_____